```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF ALABAMA
                             SOUTHERN DIVISION


ANDREW SMITHERMAN,                   :
                                     :
     Petitioner.                     :
                                     :
vs.                                  :     CIVIL ACTION 10-0250-WS-M
                                     :
LOUIS BOYD,                          :
                                     :
     Respondent.                     :
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Louis Boyd and against Petitioner Andrew Smitherman.

DONE this 25th day of October, 2010.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE